IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOLLY SOSTAND AND RAYMOND SOSTAND, INDIVIDUALLY AND AS THE REPRESENTATIVES OF THE ESTATE OF CHRISTOPHER GEORGE SOSTAND, DECEASED <br><br> VS. <br><br> KANSAS CITY SOUTHERN RAILWAY COMPANY | § § § § § § § § § § § | Civil Action No. 4:07-cv-03858 |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MOLLY SOSTAND AND RAYMOND SOSTAND, INDIVIDUALLY AND AS THE REPRESENTATIVES OF THE ESTATE OF CHRISTOPHER GEORGE SOSTAND, DECEASED, Plaintiffs, and Defendants KANSAS CITY SOUTHERN RAILWAY COMPANY, RAILPROS, INC. and LEWIS E. CUNNINGHAM in the above-styled and numbered cause, and move to dismiss with prejudice to the refiling of same all claims and causes of action of Plaintiffs against Defendants KANSAS CITY SOUTHERN RAILWAY COMPANY, RAILPROS, INC. and LEWIS E. CUNNINGHAM.

All costs of Court to be paid by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, MOLLY SOSTAND AND RAYMOND SOSTAND, INDIVIDUALLY AND AS THE REPRESENTATIVES OF THE ESTATE OF CHRISTOPHER GEORGE SOSTAND, DECEASED, and Defendants KANSAS CITY SOUTHERN RAILWAY COMPANY, RAILPROS, INC. and LEWIS E. CUNNINGHAM pray that the foregoing Agreed Motion to Dismiss With Prejudice be granted.

Respectfully submitted,

*[signature]*

James M. Corbett
TBA No. 00783875
Barker Lyman, P.C.
3600 One Houston Center
1221 McKinney Street
Houston, Texas 77010
713-759-1990 - Phone
713-652-2419 - Fax
JCorbett@LymanLaw.com
*Attorneys for Defendant
Kansas City Southern Railway Company*

-and-

*[signature]*

Michael C. Howard
TBA No. 10074980
402 East 11th Street
Houston, TX 77008
Phone: (713) 868-1919
Facsimile: (713) 868-1899
*Attorney for Plaintiffs*

-and-

*[signature]*

Annette M. Sepulveda
TBA No. 00791635
David E. Brothers
TBA No. 03084300
Brothers, Sepulveda & Alvarado, P.C.
Two Memorial City Plaza
820 Gessner, Suite 1075
Houston, TX 77024
Phone: (713) 337-0750
Fax: 713) 337-0760
*Attorneys for Defendants RailPros, Inc. and
Lewis E. Cunningham*

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below by facsimile, certified mail, return receipt requested, first class U.S. mail, electronic mail by the clerk of the court, and/or by messenger on the ___1st___ day of ___March___, 2010.

_____
James M. Corbett

| | |
|---|---|
| Michael C. Howard<br>Attorney at Law<br>402 East 11th Street<br>Houston, TX 77008 | (Via electronic filing &<br>Facsimile: (713) 868-1899 |
| Annette M. Sepulveda<br>David E. Brothers<br>Brothers, Sepulveda & Alvarado, P.C.<br>Two Memorial City Plaza<br>820 Gessner, Suite 1075<br>Houston, TX 77024 | (Via electronic filing &<br>Facsimile: (713) 337-0760 |